UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES D. SILVER, as Receiver for:
Nexstar Communications, LLC;  TMT
Equipment Company, LLC;  TMT
Management Group, LLC;  Posa, LLC;
Popsa TMT, LLC; Televest Communications,
LLC;  Televest Group, LLC;  Spin Drift, LLC,
                                  Plaintiff,

-vs-                                              Case No.  6:06-cv-290-Orl-19KRS

EDWARD S. DIGGES, JR.,  KATHERINE
KERR, KBK PARTNERSHIP, LLP, a/k/a  KBK,
LOUIS CHRISTIAN HAUG, K. BRIGID
PETERSON f/k/a K. Brigid McGonnigal,
J. BRUCE MCGONNIGAL, K. BRETT
MCGONNIGAL, RICHARD F. MCGONNIGAL,
CHILHAM, LLC,
                                  Defendants.
_____

## ORDER

This case comes before the Court on the following:

1.      Plaintiff James D. Silver's Motion For Extension Of Pretrial Deadlines (Doc. No.

        125, filed July 6, 2007); and

2.      Defendant Edward S. Digges, Jr., et al.'s Joint Opposition To Plaintiff's Motion For

        Extension Of Pretrial Deadlines (Doc. No. 126, filed July 17, 2007).

Plaintiff moves the Court to extend pretrial deadlines so that the parties "are not prejudiced

by their suspension of continued discovery while earnest efforts to achieve settlement in both actions

have been ongoing."  (Doc. No. 125 at p. 4, ¶ 6.)  Defendant replies that the Court should instead

"enter a Stay of all further proceedings in light of the impending settlement, just as it has stayed

proceedings in the [Securities and Exchange Commission ("SEC")] action."  (Doc. No. 126 at p. 2,

¶ 4.)  The companion SEC action to which Defendant refers is *Sec. & Exch. Comm'n v. Digges*, No. 6:06-cv-137-ORL-19-KRS (M.D. Fla. filed Feb. 2, 2006).[1]

In *Sec. & Exch. Comm'n v. Digges*, Plaintiff SEC recently filed a Second Interim Status Report, in which Plaintiff explained, "The recommendation that the Commission accept the settlement offer [for both cases] from the defendants herein is under review by senior staff for the Commission in Washington, D.C."  (SEC Dkt. No. 146 at p. 1, filed Sept. 17, 2007.)  Plaintiff is "hopeful" that the recommendation might be presented to the Commission for its consideration in October.  (*Id.* at 2.)  Since a settlement offer is currently before the SEC awaiting approval, the Court will follow its precedent in the SEC case and stay the proceedings in this case.  (*See* SEC Dkt. No. 106, filed Jan. 18, 2007.)

Plaintiff's Motion For Extension Of Pretrial Deadlines is **DENIED** without prejudice.  (Doc. No. 125.)  The case is stayed pending the decision of the Securities and Exchange Commission, on or before October 26, 2007, regarding Defendants' settlement offer.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 25, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] Documents from *Sec. & Exch. Comm'n v. Digges* will be labeled: "SEC Dkt. No."